# United States Court of Appeals
## For the First Circuit

No. 25-1004

JOSEPH NEIL BRONSON, JR.,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Montecalvo, Kayatta and Rikelman,
Circuit Judges.

**JUDGMENT**

Entered: April 29, 2025

Petitioner Joseph Neil Bronson, Jr. (Bronson) seeks a certificate of appealability (COA) to appeal from the district court's denial of his motion pursuant to Federal Rule of Civil Procedure 60(b). After careful review of Bronson's submissions and the record below, we conclude that the district court's disposition of the motion was neither debatable nor wrong, and that Bronson has therefore failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Accordingly, the application for a COA is denied. The appeal is hereby terminated.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Joseph Neil Bronson, Jr.
Mariana E. Bauzá-Almonte